UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HENSLEY

VERSUS

HEBERT, ET AL.

CIVIL ACTION

20-703-SDD-RLB

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 25, 2021, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[3] is hereby GRANTED IN PART AND DENIED IN PART.

**IT IS HEREBY ORDERED** that Plaintiff's claims for monetary damages against the Defendants in their official capacities are dismissed and the Motion in all other regards is denied.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceeding herein.

Signed in Baton Rouge, Louisiana the 12 day of May, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 19.
[2] Rec. Doc. 14.
[3] Rec. Doc. 11.