# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONALD HENSLEY, JR. (#112218)

VERSUS

GABRIEL HEBERT, ET AL.

CIVIL ACTION

20-703-SDD-RLB

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated January 18, 2022 to which an Objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the plaintiff's Motion for Summary Judgment[4] is DENIED.

**IT IS FURTHER ORDERED** that defendant's Motion for Summary Judgment[5] is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

---

[1] Rec. Docs. 43, 48, 49 and 51.
[2] Rec. Doc. 53.
[3] Rec. Doc. 54.
[4] Rec. Doc. 43 and 49
[5] Rec. Doc. 48

**IT IS FURTHER ORDERED** that plaintiff's Motion for Appointment of Counsel[6] is

DENIED as moot.

Signed in Baton Rouge, Louisiana the ___8___ day of February, 2022.


CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[6] Rec. Doc. 51